THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. NICHOLS et al., as Trustees under the Will of JOHN W. T. NICHOLS, Deceased, Respondents, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Three Proceedings.)

Argued April 4, 1939; decided April 18, 1939.

*William C. Chanler, Corporation Counsel (Arthur H. Goldberg* and *Arthur A. Segall* of counsel), for appellants.

*Harry H. Chambers* and *Harry B. Chambers* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.